FILED
DISTRICT COURT OF GUAM
JUL 25 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>UPSIM LEE,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 99-00116<br><br>RECEIPT OF EXHIBITS |

[ X ]　Government's　　　　[ ]　Defendant's　　　　[ ]　Joint

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

**EXHIBIT NO.**　　　**DESCRIPTION**

　　　　　　　　　　See attached Exhibit and Witness List

_____
Signature

Teresa Citalhay
Name

7/25/06
Date

US Attorney's Office
Office/Firm Receiving Exhibits

ORIGINAL

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

| UNITED STATES OF AMERICA | | | | **EXHIBIT AND WITNESS LIST** | |
|---|---|---|---|---|---|
| V. | | | | | |
| **UPSIM LEE** | | | | Case Number: CR-99-00116 | |

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOHN S. UNPINGCO | KAREN JOHNSON | RAWLEN MANTANONA |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| JANUARY 13, 2003 | WANDA MILES | LEILANI HERNANDEZ |

| GOV'T NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | (TIME: 9:18:36) |
| | | | | | Ms. Johnson requests for Mr. Robertson to be called & examined. No objections |
| | | | | | **ROB D. ROBERTSON, called and sworn.** |
| | | | | | Direct Examination by Ms. Johnson |
| 1 | | 01/13/03 | 01/13/03 | 01/13/03 | Excerpt from a Tape #9 recording of 06/18/1998 re phone call from Chang Sik Choe to Officer James W. Cruz |
| | | | | | Objection by Mr. Mantanona - No evidence to prove |
| | | | | | Ms Johnson instructed to rephrase |
| | | | | | Objection by Mr. Mantanona - Witness is non-responsive to the question |
| | | | | | Overruled |
| | | | | | (TIME: 9:29:20) |
| 2 | | 01/13/03 | 01/13/03 | 01/13/03 | Excerpt from Tape (Multiple calls from Choe) |
| | | | | | (Time 9:36:42) |
| | | | | | Objection by Mr. Mantanona. - clarification of testimony /dollar amount |
| | | | | | (Time:9:39:45) |
| | | | | | Clarification by Court - read back testimony |
| | | | | | Overruled |
| | | | | | Cross- Examination by Mr. Mantanona |
| | | | | | (TIME: 9:43:25) |
| | A | 01/13/03 | 01/13/03 | 01/13/03 | Fax message from Mr. Robertson to Ms. Johnson, dated 01/07/2002 |
| | B | 01/13/03 | 01/13/03 | 01/13/03 | Memorandum from Mr. Robertson to Ms. Johnson, dated 08/17/1999 |
| | | | | | (TIME: 9:59:06) |
| | | | | | 15 minute RECESS (TIME 10:24 ) |
| | | | | | **COURT RESUMES (TIME 10:39:09)** |
| | | | | | Re-direct Examination by Ms. Johnson |
| | | | | | Defense & Government Rest |
| | | | | | Court examines witness |
| | | | | | Witness Excused (TIME: 10:46:44) |
| | | | | | Closing arguments by Ms. Johnson |
| | | | | | Closing arguments by Mr. Mantanona (TIME: 10:54:45) |
| | | | | | Rebuttal argument by Ms. Johnson (TIME: 11:11:54) |
| | | | | | Rebuttal argument by Mr. Mantanona |
| | | | | | Court continues sentencing until 3:30 p.m. - No objections. |
| | | | | | Mr. Vernier states that the interpreter, Ms. Park, is not available this afternoon and requests to have Mr. Jason Kim as an interpreter - No objections - GRANTED. |
| | | | | | Court Recesses until 3:30 p.m. (END TIME: 11:17:45) |
| | | | | | **Hearing Resumes (TIME: 4:40:18)** |

| GOV'T NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **PRESIDING JUDGE** JOHN S. UNPINGCO / **GOVERNMENT'S ATTORNEY** KAREN JOHNSON / **DEFENDANT'S ATTORNEY** RAWLEN MANTANONA |
| | | | | | **TRIAL DATE(S)** JANUARY 13, 2003 / **COURT REPORTER** WANDA MILES / **COURTROOM DEPUTY** LEILANI HERNANDEZ |
| | | | | | **Both parties move to admit their exhibits - No objections - GRANTED. ALL EXHIBITS ADMITTED.** |
| | | | | | **Defendant's Motion for Downward Departure - DENIED** |
| | | | | | Mr. Mantanona addresses the Court / Final Arguments |
| | | | | | Defendant addresses the Court and apologizes |
| | | | | | Mr. Mantanona requests that upon sentencing, could the defendant be allowed to self-surrender here |
| | | | | | Ms. Johnson addresses the Court/ Final Arguments |
| | | | | | Ms. Johnson request to impose a $4,000.00 Fine |
| | | | | | Mr. Mantanona clarifies and requests for the defendant to be able to self-surrender at the Bureau of Prisons in the United States - |
| | | | | | Mr. Mantanona also requests for the Court to recommend that the defendant serve her term in California |
| | | | | | Court states Sentence imposed and it's recommendation for sentence to be served at the Bureau of Prison in Dublin California |
| | | | | | Government moves for dismissal of Counts 1, 2, & 3 - No objections - GRANTED. |
| | | | | | **(END TIME: 5:03:12)** |