📎PROB 34
(Rev. 3/07)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT
FOR THE

District of Guam

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>UPSIM LEE | CRIMINAL CASE NO. 99-00116-001 |

    It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **February 23, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

 /s/ FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:    Karon V. Johnson, AUSA
       Rawlen Mantanona, Defense Counsel
       Guam Immigration and Customs Enforcement
       File

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Apr 13, 2007**